# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee



JUL 3 0 2021

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

INFORMATION ASSOCIATED WITH the accounts: theplumberzeke@yahoo.com and theplumberzeke@protonmail.com THAT IS STORED AT PREMISES CONTROLLED BY Dropbox, Inc., AS FURTHER DESCRIBED IN ATTACHMENT A, WHICH IS ATTACHED HERETO AND FULLY INCORPORATED HEREIN.

Case No. 3:21-MJ-2013

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
INFORMATION ASSOCIATED WITH the accounts: theplumberzeke@yahoo.com and theplumberzeke@protonmail.com THAT IS STORED AT PREMISES CONTROLLED BY Dropbox, Inc., AS FURTHER DESCRIBED IN ATTACHMENT A, WHICH IS ATTACHED HERETO AND FULLY INCORPORATED HEREIN.

located in the _____Eastern_____ District of _____Tennessee_____ , there is now concealed *(identify the person or describe the property to be seized)*:
PLEASE SEE ATTACHMENT B, WHICH IS ATTACHED HERETO AND FULLY INCORPORATED HEREIN.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Production of child pornography |
| 18 U.S.C. § 2252A(a)(1)&(2) | Distribution of child pornography |

The application is based on these facts:
Please see the Affidavit of Special Agent Emily Ciaravino which is attached hereto and incorporated herein.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Emily Ciaravino, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/01/2021

*Judge's signature*

City and state: Knoxville, Tennessee

H. Bruce Guyton, United States Magistrate Judge
*Printed name and title*